IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH MILLEN,<br><br>   Plaintiff,<br><br>   v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants.                              / | No. C-11-2746 TEH (PR)<br><br><br>ORDER OF DISMISSAL |

   This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by a pro se state prisoner on June 7, 2011.  The Court notified Plaintiff in writing at that time that the action was deficient because his in forma pauperis application was incomplete.  Plaintiff failed to include a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

1    Over fifty days have elapsed since Plaintiff was notified
2 of his filing deficiency; however, he has neither provided the Court
3 with the requisite items nor filed a request for an extension of
4 time to do so.  The action, therefore, is DISMISSED WITHOUT
5 PREJUDICE for failure to file a complete in forma pauperis
6 application.
7    The Clerk shall terminate all pending motions as moot and
8 close the file.
9
10    IT IS SO ORDERED.
11
12 DATED     08/01/2011                                              
                                           THELTON E. HENDERSON
13                                         United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26 G:\PRO-SE\TEH\CR.11\Millen-11-2746-ifp-dismissal.wpd
27
28
**2**